People v Bailey (2024 NY Slip Op 04663)

People v Bailey

2024 NY Slip Op 04663

Decided on September 27, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 27, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, MONTOUR, NOWAK, AND DELCONTE, JJ.

571 KA 21-01517

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
JARELD BAILEY, DEFENDANT-APPELLANT. 

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (SUSAN R. HUTCHISON OF COUNSEL), FOR DEFENDANT-APPELLANT.
MICHAEL J. KEANE, ACTING DISTRICT ATTORNEY, BUFFALO (MICHAEL J. HILLERY OF COUNSEL), FOR RESPONDENT.

 Appeal from a judgment of the Erie County Court (James F. Bargnesi, J.), rendered September 20, 2021. The judgment convicted defendant, upon his plea of guilty, of robbery in the third degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: Defendant appeals from a judgment convicting him, upon his plea of guilty, of robbery in the third degree (Penal Law
§ 160.05). Contrary to defendant's contention, we conclude on this record that defendant's waiver of the right to appeal was knowing, voluntary, and intelligent (see People v Rowell, 224 AD3d 1335, 1335 [4th Dept 2024], lv denied 41 NY3d 985 [2024]; see also People v Gilbert, 228 AD3d 1341, 1341 [4th Dept 2024]; People v Hawkins, 224 AD3d 1219, 1219 [4th Dept 2024]; see generally People v Thomas, 34 NY3d 545, 559-564 [2019], cert denied — US &mdash, 140 S Ct 2634 [2020]). Defendant's valid waiver of the right to appeal precludes our review of his challenge to the severity of his sentence (see People v Lopez, 6 NY3d 248, 255-256 [2006]).
Entered: September 27, 2024
Ann Dillon Flynn
Clerk of the Court